## FIELDS ET AL. *v.* CITY OF FAIRFIELD.

No. 30.   Argued December 10–11, 1963.—Decided December 16, 1963.

*Melvin L. Wulf* argued the cause for appellants.   With him on the brief were *Charles Morgan, Jr.* and *Richard J. Medalie.*

*Frank B. Parsons* argued the cause and filed a brief for appellee.

*Assistant Attorney General Marshall,* by special leave of Court, argued the cause for the United States, as *amicus curiae,* urging reversal.   With him on the brief were *Solicitor General Cox, Louis F. Claiborne, Harold H. Greene* and *Howard A. Glickstein.*

*Jack Greenberg, James M. Nabrit III* and *Shirley Fingerhood* filed a brief for the N. A. A. C. P. Legal Defense and Educational Fund, Inc., as *amicus curiae,* urging reversal.

PER CURIAM.

The judgment of the Supreme Court of Alabama is reversed.   *Thompson* v. *City of Louisville,* 362 U. S. 199; *Garner* v. *Louisiana,* 368 U. S. 157.